IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNETTE BROOKINS and DONALD BROOKINS, administrators of the estate of RASHAAD BROOKINS, deceased,<br>    Plaintiffs,<br><br>vs.<br><br>CITY OF PITTSBURGH, et al.,<br>    Defendants. | Civil Action No. 12-1429<br><br>Judge Schwab<br>Magistrate Judge Mitchell |

## ORDER

AND NOW, this 19th day of February, 2014, after the plaintiffs, Annette and Donald Brookins, as administrators of the estate of Rashaad Brookins, deceased, filed an action in the above-captioned case, and after a joint motion for summary judgment was submitted by all of the defendants, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties a period of time after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (ECF No. 26), which is adopted as the opinion of this Court,

IT IS ORDERED that defendants' joint motion for summary judgment (ECF No. 20) is granted.

IT IS FURTHER ORDERED that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure if the plaintiffs desires to appeal from this Order they must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

Arthur J. Schwab
United States District Judge

cc: Annette and Donald Brookins
Heinz Lofts
300 Heinz Street, #415
Pittsburgh, PA 15212
(by first class and certified mail)